UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIANNA CARNEY AND CREWBLOOM LLC,

               *Plaintiffs*,

-against-

ALEC MICHAEL BARBAZ,

               *Defendant*.

24-CV-05362 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

      The Court is in receipt of Plainitffs' Proposed Order to Show Cause ("OSC") seeking a Temporary Restraining Order ("TRO") and Preliminary Injunction against Defendant Barbaz: (1) enjoining his use of the Illegal Duplicate Device and requiring the return of the Illegal Duplicate and data related to Plaintiff Carney's Apple iCloud, Google Drive, social media accounts and any other accounts, as well as Plaintiff Carney's Tesla, to Plaintiffs; (2) enjoining his use or disclosure of CrewBloom's Trade Secrets; (3) requiring Defendant to submit all of Defendant's devices (both personal and those issued by his employer Point72) to undergo forensic imaging by a third-party vendor and identify all persons to whom the Trade Secrets have been disclosed; (4) requiring Defendant to certify that he has searched all devices and accounts that may include copies of Plaintiffs' personal and professional data; and (5) requiring Defendant to destroy remaining copies of the Trade Secrets or Plaintiff's personal data. ECF Nos. 11-18. The TRO is hereby **DENIED**.

  Plaintiffs are **ORDERED** to serve its request on Defendant by August 30, 2024. Defendant is **ORDERED** to file a response by September 4, 2024. Plaintiffs' reply, if any, must be filed by September 6, 2024.

  The Court will hold a telephonic conference in this action for a preliminary injunction on **Monday, September 11, 2024 at 11AM Eastern Time**. All Parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

**Dated: August 29, 2024**
    **New York, New York**    **ANDREW L. CARTER, JR.**
                **United States District Judge**