**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------- x
**BRIANNA CARNEY AND CREWBLOOM LLC,**   :
:
*Plaintiffs*,   :
:   **24-cv-05362 (ALC)**
-against-   :
:   <u>**CONFERENCE ORDER**</u>
**ALEC MICHAEL BARBAZ,**   :
:
*Defendant*.   :
:
:
:
:
------------------------------------------------------------------- :
:
x

**ANDREW L. CARTER, JR., District Judge:**

The Court will hold a telephonic conference in this action on Wednesday, September 18, 2024 at 11:00 AM Eastern Time. All Parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

**Dated:**   **September 6, 2024**

       **New York, New York**          **ANDREW L. CARTER, JR.**
                                                 **United States District Judge**