# EXHIBIT A

---------- Forwarded message ---------
From: **Brianna Carney** <brianna@crewbloom.com>

---

Date: Wed, Dec 6, 2023 at 12:40 PM
Subject: A Few Words...
To: Alec Barbaz <Barbaz.alec@gmail.com>

Alec-

I could not be more sorry for taking your phone, throwing it, or running outside... I wish I could take that night back and hope someday you can forgive me. I am also sorry for threatening to contact your HR or making you feel like I was going to ruin your life. The worst part about everything that's happened is this all-consuming rage that I can only escape when plotting ways to get revenge.

I started packing your things shortly after we last spoke on the phone. The first few boxes were packed without shedding a tear, fueled by rage and a feminist breakup playlist. The next night after finishing my first box I found Poppy's eulogy and read it over and over, every single word. I reflected on that day in St. Rose of Lima the day I fell so deeply in love with you and felt like we'd never be without one another. Being mentioned was one of the greatest honors of my life.

I went out to get proper packing supplies, turned on Lake Street Dive, and started to pack your things as if you were my favorite person whom I trusted more than anyone. I carefully wrapped every item, labeled each box, and felt like myself again.

The last six months of our relationship were so unfair. Since you started connecting with your coworker everything was different. I was not only fighting alone but worse you were fighting against us. I am so thankful to walk away from this with love and just wanted you to take ownership of the way you betrayed me.

I want you to come take the ring, your things, and for you to have time with Lucy. I don't want to hurt you, steal from you, or ruin your life. I don't want a single love letter, a dollar, speakers, or to resell your espresso bean grinder. I only want one copy of the eulogy and to hold onto the dream that one day my Nanny, Grandpy, Poppy, and Grandma T will meet for a round of golf and some manicotti.

Kelly is here this weekend so I'm not going to have as much time to pack but I'm here to make this as easy as possible for you. I should be done packing early next week and can hold onto the furniture as long as you need. Most importantly, be good to yourself.



**Brianna Carney**
CoFounder, CrewBloom
D. +1 (347) 861-9211
O. +1 (718) 747-8756

BOOK A CALL
SUBMIT A TICKET

This email contains confidential information and is intended only for the individual to whom it is addressed.