USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: September 18, 2024

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

BRIANNA CARNEY AND CREWBLOOM LLC,

                                      Plaintiffs.

-against-

ALEC MICHAEL BARBAZ,

                                      Defendant.

Civil Action No. 24-CV-05362 (ALC)

------------------------------------------------------------------X

## ORDER GRANTING PRELIMINARY INJUNCTION

This matter is brought before the Court on Plaintiff's motion for Preliminary Injunction against Defendant Barbaz. Plaintiffs Brianna Carney and CrewBloom, LLC ("CrewBloom") seek a preliminary injunction against Defendant Barbaz, enjoining his (a) alleged use of the Illegal Duplicate Device ("IDD"); and (b) alleged use or disclosure of CrewBloom's Trade Secrets. Having reviewed the accompanying memorandum of law, affidavits, and exhibits, and having considered the arguments of both parties, and for good cause shown, the Court finds that: IT IS on this 18th day of September, 2024, **ORDERED** that:

    1.    Defendant is enjoined and restrained as follows:

        a.    Although the Court has not made any finding of fact with respect to the existence of an IDD, to the extent the IDD exists, which Plaintiffs allege but Defendant denies, Defendant is enjoined from any and all use of the Illegal Duplicate Device including, but not limited to, use of the Illegal Duplicate Device to view or interact in any manner whatsoever with (1) Plaintiff Carney's iPhone and any applications appurtenant to Plaintiff Carney's iPhone; (2) Plaintiffs' Google Drive; (3) Plaintiff Carney's Apple and iCloud account; Plaintiff Carney's NYU Langone MyChart application; (4) Plaintiff Carney's Medtronic CareLink application; (5) Plaintiff Carney's social media and other iPhone application

accounts; and (6) Plaintiff Carney's Tesla, including its appurtenant internal camera and other features.

b.       Although the Court has not made any finding of fact with respect to Defendant's possession of any Trade Secrets belonging to Plaintiff CrewBloom, to the extent that Defendant possesses such Trade Secrets, which Plaintiffs allege but Defendant denies, Defendant is enjoined from using or disclosing (whether in whole or in part, even if embodied only in a component part of a larger service) any of the Trade Secrets, including: (1) CrewBloom's client lists; (2) CrewBloom's pricing models; and (3) CrewBloom's predictive outbound artificial intelligence language project.

2.   The matter shall proceed to discovery on an expedited schedule, with any disputes to be resolved by Magistrate Judge Valerie Figueredo.

**SO ORDERED** at New York, New York, this 18th day of September, 2024.

_____
Judge Andrew L. Carter, Jr., United States District Court Judge