UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BRIANNA CARNEY et al.,

                              Plaintiffs,                  **24-CV-5362 (ALC) (VF)**

           -against-                                **ORDER**

ALEC MICHAEL BARBAZ,

                             Defendant.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

      The parties are directed to file a joint state update on the status of discovery by **April 18, 2025.**

    **SO ORDERED.**

DATED:    New York, New York
               March 20, 2025

_____
VALERIE FIGUEREDO
United States Magistrate Judge