**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
BRIANNA CARNEY et al.,

                            Plaintiffs,         **24-CV-5362 (ALC) (VF)**

          -against-                               **ORDER**

ALEC MICHAEL BARBAZ,

                            Defendant.
-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

      As discussed at the conference on May 1, 2025, the deadline to complete document production is **Friday, June 27, 2025.**

    **SO ORDERED.**

DATED:    New York, New York
               May 1, 2025

_____
VALERIE FIGUEREDO
United States Magistrate Judge