**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
BRIANNA CARNEY et al.,

                        Plaintiffs,              **24-CV-5362 (ALC) (VF)**

         -against-                       **ORDER SCHEDULING**
                                                      **CONFERENCE**

ALEC MICHAEL BARBAZ,

                        Defendant.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

      A discovery conference in this matter to discuss the issues raised at ECF No. 60 is scheduled for **Tuesday, September 16, 2025, at 10:00 a.m.** in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. Plaintiffs are directed to file a response to Defendant's letter at ECF No. 60 by **September 2, 2025.**

      SO ORDERED.

DATED:     New York, New York
                 July 8, 2025

                                                      _____
                                                        VALERIE FIGUEREDO
                                                        United States Magistrate Judge