

**Soler Salva LLP**
270 W. 39th St., Suite 1304
New York, NY 10018
www.solersalva.com
(646) 660-1961
New York, New Jersey, Pennsylvania

**Albert J. Soler, Partner**
Chair, Litigation, Entertainment, Intellectual Property
Practice Group
asoler@solersalva.com
(646) 660-1961

**DELIVERED VIA ECF FILING**

September 23, 2025

The Honorable Valerie Figueredo
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1660
New York, NY 10007
Tel: (212) 805-0298
Email: FigueredoNYSDChambers@nysd.uscourts.gov

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/2/2025
```

    Re:    Correspondence re Joint Stipulation – Order to Remand to New York State Court - *Brianna Carney and CrewBloom LLC v. Alec Michael Barbaz* - **Case Number 1:24-cv-05362**

Your Honor,

    Our firm represents defendant and counterclaimant, Alec Michael Barbaz ("Defendant/Counter-Claimant" or "Barbaz"), in the above captioned action and we are writing to respectfully inform Your Honor that Defendant/Counter-Claimant and plaintiffs and counter-defendants, Brianna Carney and CrewBloom LLC ("Plaintiffs/Counter-Defendants") met and conferred subsequent to the September 16, 2025 hearing with Your Honor (the "Hearing") regarding, among other things, pending discovery disputes, motions for sanctions, jurisdictional disagreements, and related activity in the above-captioned action.

    As background, Your Honor, during the Hearing, the parties raised issues related to the Court's jurisdiction to address and adjudicate the remaining state law claims asserted by Defendant/Counter-Claimant Barbaz against Plaintiffs/Counter-Defendants for (a) defamation, (b) defamation per se, (c) tortious interference with economic opportunity, and (d) intentional infliction of emotional distress ("Defendant/Counter-Claimant's State Law Claims") stemming, in part, from Plaintiffs/Counter-Defendants federal law claims, which Plaintiffs/Counter-Defendants voluntarily dismissed with prejudice on July 9, 2025 pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure (Dkt. No. 63). Defendant/Counter-Claimant Barbaz also raised the issue of motions for sanctions related to Barbaz's assertion of misconduct by Plaintiffs/Counter-Defendants' and others.

    Subsequent to the Hearing, Your Honor had instructed both parties to submit letters by Tuesday, September 23, 2025 addressing each party's respective position regarding (a) the Court's jurisdictional authority to address certain sanctions and related motions by Defendant/Counter-Claimant Barbaz and (b) Carney's request to remand Barbaz's counterclaims to the Supreme Court of New York County.

In the interest of efficiency, Your Honor, and to avoid further delay of adjudication of Defendant/Counter-Claimant Barbaz's counterclaims, discovery disputes, and other motions or claims related to the same, the parties have stipulated to remanding the entirety Defendant/Counter-Claimant's State Law Claims including, without limitation, all motions, discovery disputes, sanctions, spoliation, and any other claims and related Defendant/Counter-Claimant's State Claims, for adjudication in the Supreme Court of New York County. The parties reserve all rights to raise, assert, and adjudicate any causes of action, defenses, motions, or claims of any kind related to Barbaz's pending counterclaims in the Supreme Court of New York County.

The parties respectfully request Your Honor's entry of the attached Joint Stipulation and Order to Remand To Supreme Court of New York County as expeditiously as possible to avoid further delay in this matter.

The parties have attached a Joint Stipulation To Be So Ordered to Remand to Supreme Court of New York County.

Thank you, in advance, and we appreciate Your Honor's consideration and assistance with this request and this matter.


Respectfully Submitted,

/AJS/

Albert J. Soler
*Attorneys for Defendant/Counter-Claimant, Alec Michael Barbaz*

cc:     All Counsel of Record (via ECF)

Albert J. Soler (AS1974)
Ajoe P. Abraham (AA7000)
SOLER SALVA LLP
270 W. 39th St., Suite 1304
New York, NY 10018
Tel: (646) 660-1961
Email: asoler@solersalva.com
Email: aabraham@solersalva.com

*Attorneys for Defendant Alec Michael Barbaz*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIANNA CARNEY AND CREWBLOOM LLC,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>ALEC MICHAEL BARBAZ,<br>　　　　　Defendant. | Case No.: 1:24-cv-05362<br><br>**JOINT STIPULATION TO BE SO ORDERED TO REMAND TO SUPREME COURT OF NEW YORK COUNTY** |

Defendant/Counter-Claimant Alec Micael Barbaz ("Defendant/Counter-Claimant" or "Barbaz") and Plaintiffs/Counter-Defendants Brianna Carney and CrewBloom LLC ("Plaintiffs/Counter-Defendants"), by and through their respective attorneys of record and undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, Plaintiffs/Counter-Defendants voluntarily dismissed the entirety of their affirmative federal claims in the above-captioned action (herein "Plaintiffs/Counter-Defendants' Federal Claims") with prejudice on July 9, 2025 (Dkt. No. 63) pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

WHEREAS, Defendant/Counter-Claimant Barbaz filed his Answer and asserted Counterclaims on September 26, 2024, alleging state claims for (i) defamation, (ii) defamation *per se*, (iii) intentional infliction of emotional distress, and (iv) tortious interference with Economic Relations (herein "Defendant/Counter-Claimant's State Claims").

WHEREAS, subsequent to Plaintiffs' voluntary dismissal with prejudice of Plaintiffs/Counter-Defendants' Federal Claims, and subsequent to the September 16, 2025 Hearing with the Courts regarding the Parties pending discovery dispute and jurisdictional issues surrounding Defendant/Counter-Claimant's State Claims, the Parties met and conferred and have stipulated to, and have agreed to, adjudicate Defendant/Counter-Claimant's State Claims in the Supreme Court of New York County.

WHEREAS, the Parties mutually agree that the Defendant/Counter-Claimant's State Claims should be remanded to the Supreme Court of New York County for further proceedings.

WHEREAS, the Parties expressly reserve all rights to raise and assert any causes of action, defenses, motions, or claims of any kind related to Defendant/Counter-Claimant's State Claims in the Supreme Court of New York County.

WHEREFORE, it is hereby stipulated, agreed upon, and so ordered that this matter be remanded to the Supreme Court of New York County for further proceedings and adjudication of the same.

WHEREFORE, the clerk of the Southern District of New York is hereby ordered to transfer the entirety of the case file and docket to the clerk of the Supreme Court of New York County.

DATED: September 23, 2025

Respectfully submitted,

| For Defendant/Counter-Claimant | Plaintiff/Counter-Defendant: |
|---|---|
| SOLER SALVA LLP | ROMANO LAW PLLC |
| /s/ Albert Soler | /s/ David Fish |
| Albert J. Soler (AS1974) | David Fish |
| Ajoe Abraham | Ellie Sanders |
| 270 W. 39th St., Suite 1304 | Romano Law PLLC |
| New York, NY 10018 | One Battery Park Plaza, 7th Floor |
| Tel: (646) 660-1961 | New York, New York 10004 |
| Email: asoler@solersalva.com | Email: DavidF@romanolaw.com |

**SO ORDERED.**

New York, New York

October 2, 2025

_____
Honorable Andrew L. Carter, Jr.
United States District Judge